SHAW, Justice
(concurring in part and concurring in the result).
I concur with Part I of the main opinion vacating the trial court’s judgment as to Auburn University (“the University”), the Alabama Department of Conservation and Natural Resources (“the Department”), and the Gulf State Park Authority. I also concur with Parts IV.A. (dealing with the Sales Act), IV.B. (dealing with the Improvement Act), IV.C. (dealing with § 93, Alabama Constitution 1901), and IV.D. (dealing with § 213.32, Alabama Constitution 1901 (Off.Recomp.)).
With respect to Part IV.E. of the main opinion (dealing with the Concession Act), I concur in the result. I agree that the memorandum of understanding between the Department and the University contemplates a contract to operate what would be considered a “concession.” The dispositive issue is whether the contemplated contract is regulated by the Concession Act. As the main opinion notes, Ala. Code 1975, § 9-14-21, anticipates that portions of the State-park system may be leased for concessions. Because the Concession Act anticipates that a portion of a park may be leased as a concession, I cannot conclude, as the defendants argue on appeal, that the mere lease of the property would remove it from the operation of the Concession Act, and the defendants offer no other argument or authority that would require the reversal of the trial court’s judgment on this issue.